UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HILL MEAT COMPANY, an Oregon
corporation,

        Plaintiff,

                      Civil No. 08-1062-SU

    v.                        ORDER

SIOUX-PREME PACKING CO.,
an Iowa Corporation, dba
SIOUX-PREME PORK PRODUCTS,
LTD.,

        Defendant.

HAGGERTY, District Judge:

        Magistrate Judge Sullivan issued a Findings and Recommendation [19] recommending that defendant's Motion to Dismiss [11] should be denied as to claims one, two, and three, and granted as to claim four, and that plaintiff should be allowed leave to amend to address the deficiencies in claim four.

        No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

1 -- ORDER

No clear error appears on the face of the record.  This court adopts the Findings and Recommendation.

**CONCLUSION**

Defendant's Motion to Dismiss [11] is denied as to claims one, two, and three, and granted as to claim four.  Plaintiff is granted leave to amend to address the deficiencies in claim four.

IT IS SO ORDERED.

Dated this   13   day of May, 2009.

                                                             /s/ Ancer L. Haggerty
                                                              Ancer L. Haggerty
                                           United States District Judge